No. —, original. EX PARTE WALKINSHAW. Submitted November 3, 1930. Decided November 24, 1930. The motion for leave to file petition for writ of mandamus is denied. *Mr. D. R. Walkinshaw, pro se.*

No. 304. ROBINSON ET AL. *v.* HOLMAN ET AL. Jurisdictional statement submitted November 3, 1930. Decided November 24, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. John A. Hibbler* and *Scipio A. Jones* for appellants. No appearance for appellees.